**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| PARTHENON UNIFIED MEMORY ARCHITECTURE LLC, <br><br>   Plaintiff. <br><br> APPLE INC., <br><br>   Defendant. | § <br> § <br> § <br> § <br> § <br> § Case No. 2:15-cv-00621-JRG-RSP <br> § <br> § Jury Trial Demanded <br> § <br> § <br> § <br> § |

## UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL APPLE INC.'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)

COMES NOW, Defendant Apple, Inc. and files this Unopposed Motion for Leave to File Under Seal Its Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) and shows the Court as follows:

Apple, Inc. respectfully requests leave to file under seal its Motion to Transfer and all attachments thereto due to the confidential nature of some of the information in the motion, declarations and various attachments. As there is not yet a Protective Order entered in this matter to allow for under seal filings, Apple, Inc. respectfully files this motion for leave to do so. Plaintiff is unopposed to the relief sought in this motion.

Dated: August 11, 2015

*/s/ Michael E. Jones*
Margaret Elizabeth Day (CA Bar No. 177125)
Admitted to Practice
David L. Alberti (*pro hac vice*)
Marc Belloli (*pro hac vice*)
FEINBERG DAY ALBERTI & THOMPSON LP
1600 El Camino Real, Suite 280
Menlo Park, CA  94025

{A07/09162/0004/W1273637.1 }

        Telephone:  (650) 618.4360
        Facsimile:   (650) 618.4368
        eday@feinday.com

        Michael E. Jones (SBN: 10929400)
        Patrick C. Clutter (SBN: 2403634)
        POTTER MINTON, PC
        110 North College, Suite 500
        Tyler, Texas 75702
        Tel: 903-597-8311
        Fax: 903-593-0846
        mikejones@potterminton.com
        patrickclutter@potterminton.com

        Attorneys for Defendant
        APPLE, INC.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 11, 2015.

                                        */s/ Michael E. Jones*