**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| PARTHENON UNIFIED MEMORY ARCHITECTURE LLC | §<br>§<br>§<br>§ | |
| Plaintiff, | §<br>§ | |
| v. | §<br>§ | Case No. Case 2:15-cv-00621-JRG-RSP |
| APPLE INC., | §<br>§ | |
| Defendant. | §<br>§<br>§ | |

## APPLE'S NOTICE OF REQUEST FOR ORAL HEARING REGARDING ITS MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a) AND MOTION TO STAY PENDING DECISION ON SAME

Pursuant to Local Rule CV-7(g), Defendant Apple Inc. hereby respectfully requests an oral hearing on its Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) [DKT #22] filed August 11, 2015, at the Court's earliest convenience. Full briefing has been completed on this motion since November 23, 2015 [DKT #72].

In conjunction with the Motion to Transfer, Apple also filed a Motion to Stay Pending Decision on Motion to Transfer Pursuant to 28 U.S.C. § 1404(a) on November 3, 2015 [DKT #61]. Full briefing has also been completed on this motion since December 14, 2015 [DKT #79].

Apple respectfully submits that oral argument will aid the understanding and resolution of the Motion to Transfer and that it will be most expedient for the Court and the parties to hear the Motion to Transfer and the Motion To Stay pending the Court's ruling on same, in a single hearing. Apple therefore requests that its Motion to Transfer [DKT #22] and its Motion to Stay

[DKT #61] be set for a single hearing at the Court's earliest convenience.

Dated: May 24, 2016          Respectfully submitted,

/s/ *David Alberti, with permission by Michael E. Jones*
David Alberti (admitted *pro hac vice*)
dalberti@feinday.com
Marc Belloli (admitted *pro hac vice*)
mbelloli@feinday.com
Margaret Elizabeth Day
eday@feinday.com
Yakov (Jake) Zolotorev (admitted *pro hac vice*)
yzolotorev@feinday.com
FEINBERG DAY ALBERTI & THOMPSON LLP
1600 El Camino Real, Suite 280
Menlo Park, CA  94025
Telephone:  (650) 618-4360
Facsimile:   (650) 618-4368

Michael E. Jones (SB No. 10929400)
mikejones@potterminton.com
Patrick Colbert Clutter, IV (SB No. 24036374)
patrickclutter@potterminton.com
POTTER MINTON, P.C.
110 N. College, Ste 500
Tyler, TX  75702
Telephone: (903) 597-8311
Facsimile: (903) 597-0846

*Attorneys for Defendant*
APPLE INC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 24, 2016.

*/s/ Michael E. Jones*